# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JEREMY D. ORCHIN

Plaintiff

Civil No. 12-1743 (BAH)

vs.

GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY

Category M

Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on Jan 18, 2013 from Judge Amy Berman Jackson to Judge Beryl A. Howell by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc: Judge Amy B. Jackson & Courtroom Deputy

Judge Beryl A. Howell & Courtroom Deputy

Liaison, Calendar and Case Management Committee