**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JEREMY D. ORCHIN, TRUSTEE OF THE ) <br> EUGENE C. GADAIRE INSURANCE TRUST, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> GREAT-WEST LIFE & ANNUITY ) <br> INSURANCE COMPANY, ) <br> ) <br> DEFENDANT. ) <br> _____ ) <br> ) <br> ELIZABETH GADAIRE, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> JEREMY D. ORCHIN, *et al*,. ) <br> ) <br> DEFENDANTS. ) <br> _____ ) | CASE NO. 1:12-CV-1743-BAH <br><br><br><br><br><br> CASE NO. 1:13-CV-00055 <br> (CONSOLIDATED WITH ABOVE) |

**OPPOSING STATEMENT OF MATERIAL FACTS NOT IN DISPUTE IN SUPPORT OF JOINT OPPOSITION TOF JEREMY D. ORCHIN AND ELIZABETH GADAIRE TO GREAT-WEST'S MOTION FOR SUMMARY JUDGMENT**

1. Great-West Life & Annuity Insurance Company ("Great-West") is an insurer of a group life insurance plan sponsored by the American Dental Association ("ADA"). (Orchin Am. Compl. 3, 9.)

2. Dr. Eugene Gadaire was the owner of an ADA insurance policy. (the "Policy"). (Gadaire Am. Compl. 6-7.)

3. Dr. Gadaire created the Eugene C. Gadaire Insurance Trust ("Insurance Trust" or "Trust") under an agreement dated April 5, 1993 (the "Insurance Trust Document") and

transferred ownership of the Insurance Policy to Dr. Jeremy Orchin ("Orchin"), as Trustee and beneficiary of the Policy. (Gadaire Am. Compl. 10.)

4. Dr. Gadaire remained the insured under the Policy. (Orchin Am. Compl. 12.)

5. Premiums for the Policy were due and payable on January 1 and July 1 of each year. (Orchin Am. Compl. 25; Gadaire Am. Compl. 11.)

6. Orchin paid the Policy premiums from 1993 through 2009. (Gadaire Am. Compl. 16; Orchin Am. Compl. 25; Great-West Mot. Summ. J. 4.)

7. Notices for Policy premiums were sent to Orchin at 2831 44th Street, NW, Washington, DC ("44th Street Address"). (Orchin Am. Compl. 25; Gadaire Am. Compl. 17; Great-West Mot. Summ. J 4.)

8. Orchin moved from the 44th Street Address to 4363 Westover Place, NW, Washington, DC ("Westover Place Address") in April 2009. (Orchin Am. Compl. 26.)

9. Dr. Gadaire died on January 15, 2010. (Orchin Am. Compl. 36; Gadaire Am. Compl., ¶ 25.)

10. Orchin contacted Great-West following Dr. Gadaire's passing and notified the insurer that he had not received any premium notice at the Westover Place Address.

11. Great-West never inquired whether Dr. Gadaire was alive or deceased when it spoke with Orchin. (Great-West Mot. Summ. J., ex. 7 pp. 1-9.) Orchin learned for the first time that the Policy had been cancelled. (Orchin Am. Compl. 37.)

12. Great-West permitted Orchin to cure the defaulted premium.

13. Great-West reinstated the Policy on or about January 18, 2010 with a retroactive date of July 1, 2009. (Orchin Am. Compl. 46; Orchin Mot. Summ. J., ex. 15.)

14. In March of 2010, Great-West refused to pay the Policy proceeds after learning that Dr. Gadaire was deceased.  (Orchin Am. Compl. 49; Great-West Mot. Summ. J., ex. 2, 3/19/10 Letter from Great-West.)

There are genuine issues of material fact in dispute regarding the following:

1. Great-West agreed to provide notice to both Orchin and Dr. Gadaire relating to the Policy.

2. Orchin never waived the right to receive notices relating to the Policy premiums.

3. Dr. Gadaire never waived the right to receive notices relating to the Policy premiums.

4. Great-West never sent the required premium payment notice to Dr. Orchin.

5. Great-West never sent the required premium payment notice to Dr. Gadaire

6. Great-West did not send notice of the lapse in payment of the Policy to Orchin or Dr. Gadaire at any time prior to January 18, 2010.

7. Great-West did not send notice of the cancellation of the Policy to Orchin or Dr. Gadaire at any time prior to January 18, 2010.

8. Dr. Orchin did not make any fraudulent statement or affirmative misrepresentation in his discussion Great-West prior to reinstatement.

RESPECTFULLY SUBMITTED,

*/s/ Juanita F. Ferguson*
James V. Irving, D.C. Bar # 414422
Raighne C. Delaney, D.C. Bar # 454761
Juanita F. Ferguson, D.C. Bar # 471045
2300 Wilson Boulevard, 7th Floor
Arlington, Virginia 22201
(703) 525-4000
(703) 525-2207 (Fax)
jirving@beankinney.com
rdelaney@beankinney.com
jferguson@beankinney.com
*Counsel for Elizabeth Gadaire*

*/s/ Richard Murray*
Richard Murray (DC Bar #39172)
Ian A. Cronogue (VA Bar # 83783)
Pompan, Murray & Werfel, PLC
601 King Street, Suite 400
Alexandria, Virginia  22314
Phone: 703.739.1364
Facsimile: 703.836.6842
rmurray@pompanmurray.com
iancronogue@pompanmurray.com
*Counsel for Jeremy D. Orchin*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on the 15th day of July, 2014, a copy of the foregoing was served via the Court's ECF system to the following:


Craig D. Roswell, Esq.
Matthew J. Youssef, Esq.
Niles, Barton & Wilmer, LLP
111 South Calvert Street, Suite 1400
Baltimore, Maryland 21202


                */s/ Juanita F. Ferguson*
                Juanita F. Ferguson